**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NIGEL DEDIEECE CARTER** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | |
| **OFFICER ROBERT J. EDWARDS, *et al.*,** | : | **No. 25-4490** |
| Defendants. | : | |

**ORDER**

AND NOW, this 19th day of August 2026, upon consideration of the Motion to Dismiss filed by Defendants Chester County District Attorney's Office, Michelle Lynn Thurstlic O'Neill, and Deborah Ryan (ECF No. 16), the Motion to Dismiss filed by Defendants Officer Robert J. Edwards and West Goshen Township Police Department (ECF No. 20), and for the reasons stated in the accompanying Memorandum, it is ORDERED that:

1. The Motions to Dismiss (ECF Nos. 16, 20) are GRANTED.
2. All claims against the Chester County District Attorney's Office and the West Goshen Township Police Department are DISMISSED WITH PREJUDICE.
3. Count I is DISMISSED WITH PREJUDICE as to Officer Robert Edwards, Michelle Lynn Thurstlic O'Neil, and Deborah Ryan.
4. Count II is DISMISSED WITH PREJUDICE as to Michelle Lynn Thurstlic O'Neil, and Deborah Ryan and DISMISSED WITHOUT PREJUDICE as to Officer Robert Edwards.
5. Count III is DISMISSED as to Officer Robert Edwards, Michelle Lynn Thurstlic O'Neill and Deborah Ryan, with limited leave to amend as set forth in the accompanying Memorandum
6. Count V is DISMISSED WITH PREJUDICE as to Michelle Lynn Thurstlic O'Neill and Deborah Ryan and DISMISSED WITHOUT PREJUDICE as to Officer Robert Edwards.

7. Carter may file an amended complaint within thirty (30) days of the date of this Order, limited to the claims for which leave to amend is expressly granted above.

8. The claims against Defendants Chester County and the Chester County Clerk of Courts are unaffected by this Order and remain pending.

**BY THE COURT:**

**HON. MIA R. PEREZ**